# United States District Court
# Central District of California

| | |
|---|---|
| GEORGE LUK, individually and d/b/a/ 333 LIVE; and L.A. ENTERTAINMENT CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; ROBERT BERUMEN; DANA HARRIS; BRIAN PRATT; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case № 2:17-cv-01091-ODW (KSx) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO STAY [14]** |

On May 30, 2017, Defendants in this case filed a motion to stay the action pending the outcome of Plaintiffs' Writ of Mandamus in the California Superior Court, County of Los Angeles. (ECF No. 14.) In the motion, Defendants indicated that Plaintiffs did not intend to file an opposition. (*Id.*) The due date for any such opposition, July 3, 2017, has since passed, and the Court has not received any response from Plaintiffs. *See* C.D. Cal. L.R. 7-9. As such, and for good cause appearing, the Court **GRANTS** Defendants' motion to stay the case pending the outcome of Plaintiff's Writ of Mandamus. (ECF No. 14.) The scheduled hearing on the motion to stay is hereby vacated and taken off calendar. The parties are

**ORDERED to submit a joint status report, in writing, within 14 days of the resolution of the Writ of Mandamus in state court.**

**IT IS SO ORDERED.**

July 11, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**